UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT J. BIFOLCK, AS EXECUTOR OF THE ESTATE OF JEANETTE D. BIFOLCK AND INDIVIDUALLY<br><br>V.<br><br>PHILIP MORRIS USA INC. | :<br>:<br>:<br>:<br>:  No. 3:02 CV 878 (SRU)<br>:<br>:<br>:<br>:  NOVEMBER 20, 2003 |

**OFFERS OF JUDGMENT**

(FILED UNDER SEAL PURSUANT TO LOCAL RULE 40)

PLAINTIFF VINCENT J. BIFOLCK, EXECUTOR OF THE ESTATE OF JEANNETTE D. BIFOLCK AND INDIVIDUALLY,

BY: DAVID S. GOLUB ct 00145
JONATHAN M. LEVINE ct 07584
SILVER GOLUB & TEITELL LLP
P.O. BOX 389
184 ATLANTIC STREET
STAMFORD, CT  06904
(203) 325-4491