UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -1  P 3:36

US

| | |
|---|---|
| VINCENT J. BIFOLCK, AS EXECUTOR OF THE ESTATE OF JEANETTE D. BIFOLCK AND INDIVIDUALLY, | ) ) ) ) ) |
| v. | ) CIVIL ACTION NO. 3:02 cv 878 (SRU) ) ) |
| PHILIP MORRIS, INC. | ) ) December 1, 2003 |

## ASSENTED-TO MOTION TO EXTEND CASE MANAGEMENT AND TRIAL READINESS DEADLINES

Defendant Philip Morris USA Inc., with the assent of plaintiff Vincent J. Bifolck, respectfully requests that the Case Management Plan and Trial Readiness Sections of the Rule 26(f) Report of Parties' Planning Meeting ("Rule 26(f) Report") be extended by 90 days.

As grounds for this motion, defendant states (1) lead defense counsel completed a 6 week trial in New Hampshire on November 24, 2003; (2) the identification and gathering of medical records necessary to this action has taken longer than expected; (3) the parties actively have [engag]ed in written discovery, and are in the process of noticing and scheduling depositions; and [th]e Court ruled on Philip Morris USA's Motion to Dismiss on May 19, 2003. Thus, [additi]onal time is necessary to adequately conduct discovery and prepare the case for dispositive [motio]ns and trial.

Counsel for plaintiff Vincent J. Bifolck has been consulted, and assents to the instant [motio]n.

With the requested extension, the Case Management Plan and Trial Readiness Sections of [the Ru]le 26(f) Report would now read as follows:

Motion Granted.
Discovery cutoff date July 19, 2004
Dispositive Motions Due by September 20, 2004
SO ORDERED
Stefan R. Underhill, U.S.D.J.