FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT 2004 FEB 27 P 3: 45

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| VINCENT J. BIFOLCK, AS | ) |
| EXECUTOR OF THE ESTATE OF | ) |
| JEANETTE D. BIFOLCK AND | ) |
| INDIVIDUALLY, | ) |
| | ) CIVIL ACTION NO. 3:02 cv 878 (SRU) |
| v. | ) |
| | ) |
| PHILIP MORRIS, INC. | ) |
| | ) February 27, 2004 |

## JOINT MOTION TO EXTEND CASE MANAGEMENT
## AND TRIAL READINESS DEADLINES

The parties in the above action respectfully request that the Case Management Plan and

Trial Readiness Sections of the Rule 26(f) Report of Parties' Planning Meeting ("Rule 26(f)

Report"), as amended by this Court's December 8, 2003 Order, be extended by approximately

180 days.

As grounds for this motion, the parties state that (1) they have been engaging in written

discovery and are in the process of noticing and scheduling depositions; (2) plaintiff's counsel

een on trial and the parties have been unable to schedule a mutually agreeable date for

tiff's deposition; (3) other fact depositions in addition to the plaintiff's deposition must be

luled; and that (4) the authorization process for gathering medical records necessary to this

n has taken longer than expected.  For these reasons, additional time is necessary to

lately conduct discovery and prepare the case for dispositive motions and trial.

With the requested extension, the Case Management Plan and Trial Readiness Sections of

ule 26(f) Report would now read as follows:

Motion Granted.
Discovery cutoff date February 25, 2005
Dispositive Motions due by March 25, 2005
SO ORDERED
3/4/04

Stefan R. Underhill, U.S.D.J.