IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT J. BIFOLCK, AS EXECUTOR, OF THE ESTATE OF JEANETTE D. BIFOLCK AND INDIVIDUALLY | : : : : | CIVIL ACTION NO. 3:02 CV 878 (SRU) |
| Plaintiffs, | : | |
| v. | : : | |
| PHILIP MORRIS, INC. | : : | |
| Defendant | : | JULY 20, 2004 |

### APPEARANCE

TO:   Clerk of the Court
      United States District Court
      District of Connecticut

     Please enter my appearance as attorney for the defendant, PHILIP MORRIS, INC. in the above-captioned matter.

                                                James F. Stapleton #04267
                                                Day, Berry & Howard LLP
                                                One Canterbury Green
                                                Stamford, CT 06901
                                                (203) 977-7300

CERTIFICATION

    THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

David S. Golub, Esq.
Jonathan M. Levine, Esq.
Mary G. Curry, Esq.
Marilyn Ramos, Esq.
Silver Golub & Teitell LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904

Robert M. Braceras, Esq.
Jennifer B. Brown, Esq.
John B. Daukas, Esq.
Thomas J. Griffin, Jr., Esq.
Timothy P. Jensen, Esq.
Goodwin, Procter LLP
Exchange Place
Second Floor
Boston, MA 02109-2881

Benjamin A. Solnit, Esq.
Tyler, Cooper & Alcorn
205 Church Street
P. O. Box 1936
New Haven, CT 06509-1910

                                                        James F. Stapleton