UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT J. BIFOLCK, AS EXECUTOR OF THE ESTATE OF JEANETTE D. BIFOLCK AND INDIVIDUALLY,<br><br>Plaintiff,<br><br>V.<br><br>PHILIP MORRIS, INC.,<br><br>Defendant. | :<br>:<br>: Case No.: 302CV878(SRU)<br>:<br>:<br>:<br>:<br>: July 26, 2004<br>:<br>: |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned respectfully request permission to withdraw their appearance for Defendant Philip Morris USA Inc. in this matter. Attorney James F. Stapleton recently filed his appearance for defendant, and Mr. Stapleton will now be serving as Connecticut counsel for defendant.

By_____
ATTORNEYS FOR DEFENDANT
PHILIP MORRIS USA INC.

Ben A. Solnit (ct00292)
Timothy P. Jensen (ct18888)
TYLER COOPER & ALCORN LLP
205 Church Street, P.O. Box 1936
New Haven, CT 06509
(203) 784-8200
(203) 789-8069 (fax)
solnit@tylercooper.com
jensen@tylercooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to the following counsel of record this 26th day of July, 2004:

David S. Golub, Esq.
Jonathon M. Levine, Esq.
Mary Curry, Esq.
Marilyn Ramos, Esq.
Silver Golub & Teitall LLP
P.O. Box 389
Stamford, CT 06904

James F. Stapleton
Day Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901-2047

Of Counsel:
Thomas J. Griffin, Jr. (*pro hac vice* – ct20751)
John B. Daukas (*pro hac vice* – ct13395)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109

_____
Ben A. Solnit (ct00292)