UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JUL 28 A 8:46

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**VINCENT BIFOLCK**

v.                                      3:02CV878 (SRU)

**PHILIP MORRIS USA, INC.**

### TRANSFER ORDER

The above-identified case is hereby transferred to the docket of <u>Hon. Judge Robert N. Chatigny</u> U.S.D.J., for all purposes.

All future pleadings or documents in this matter should be filed with the Clerk's Office in <u>Hartford, CT</u> and bear the docket number <u>3:02CV878 (RNC)</u>. Pleadings or documents filed at any other seat of court will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 3(a) (formerly Local Rule 7(a))].

IT IS SO ORDERED.

Dated at Bridgeport, Connecticut, this 27th day of July, 2004.

Stefan R. Underhill
United States District Judge