UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG -4 P 4: 26
U.S. DISTRICT COURT
HARTFORD, CT.

VINCENT J. BIFOLCK,           :
    Plaintiff,                :
                              :
V.                            :    CASE NO. 3:02CV878 (RNC)
                              :
PHILIP MORRIS USA INC., ET AL.,  :
    Defendants.               :

### ORDER

In the interest of justice, the above identified case is hereby transferred to <u>Judge Janet C. Hall</u>. All further pleadings or documents in this matter should be filed with the Clerk's Office in <u>Bridgeport</u> and bear the docket number <u>3:02cv878(JCH).</u> Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. <u>See</u> Local Rule 7(a).

So ordered.

Dated at Hartford, Connecticut this 4 day of August 2004.

Robert N. Chatigny
United States District Judge