FILED

2004 AUG 16  P 12: 08

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| VINCENT J. BIFOLCK, AS EXECUTOR OF THE ESTATE OF JEANETTE D. BIFOLCK AND INDIVIDUALLY, | ) ) ) ) ) |
| v. | ) CIVIL ACTION NO. 3:02 cv 878 (JCH) ) ) |
| PHILIP MORRIS, INC. | ) ) ) |

## JOINT MOTION TO EXTEND CASE MANAGEMENT
## AND TRIAL READINESS DEADLINES

The parties in the above action respectfully request that the Case Management Plan and Trial Readiness Sections of the Rule 26(f) Report of Parties' Planning Meeting ("Rule 26(f) Report"), as amended by this Court's March 4, 2004 Order, be extended.

As grounds for this motion, the parties state that (1) they have already conducted depositions of certain witnesses, including plaintiff; (2) the parties are in the process of noticing and scheduling depositions of other witnesses; (3) the depositions of additional witnesses must be scheduled; and (4) the authorization process for gathering written materials, such as medical records, necessary to this action is continuing and has taken longer than expected. For these reasons, additional time is necessary to adequately conduct discovery and prepare the case for dispositive motions and trial.

With the requested extension, the Case Management Plan and Trial Readiness Sections of the Rule 26(f) Report would now read as follows:

V. **Case Management Plan**

Paragraphs A through E(1) of Section V remain unchanged.

E.   Discovery

2.   All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), will be completed on or before August 9, 2005. The parties reserve the right to seek additional time for fact and/or expert discovery if circumstances make it necessary or desirable to do so.

3.   Discovery will not be conducted in phases.

4.   The parties intend to complete fact discovery by December 7, 2004.

5.   The parties do not yet know how many fact witness depositions they will need to take, but agree that in the event either party seeks to take more than ten depositions, the parties will attempt to agree on a permissible number of depositions without seeking court intervention.

6.   The parties do not anticipate the need to request permission to serve more than 25 interrogatories.

7.   Plaintiff will designate his testifying experts and provide opposing counsel with reports from such experts pursuant to Fed. R. Civ. P. 26(a)(2) within one month after the close of fact discovery (by January 4, 2005). Defendant's depositions of any such experts will be completed within three months thereafter (by April 5, 2005).

8.   Defendant will designate its testifying experts and provide opposing counsel with reports from such experts pursuant to Fed. R. Civ. P. 26(a)(2) within 1 month of the close of

defendant's expert discovery (*i.e.*, by May 10, 2005). Plaintiff shall then have three months in which to depose defendant's testifying experts (*i.e.*, until August 9, 2005).

9. Plaintiff will provide a damages analysis within one month after the close of fact discovery (by January 4, 2005), along with its other expert reports. Defendant will provide a damages analysis, if any, with its other expert reports (*i.e.*, on May 10, 2005).

10. Plaintiff may designate one or more rebuttal expert witnesses to rebut defendant's expert testimony. Plaintiff shall make such designations of rebuttal experts and shall provide Rule 26(a)(2) expert reports on or before June 7, 2005. Defendant shall then have one month in which to depose such rebuttal experts (*i.e.*, until July 12, 2005).

F. Any motion for summary judgment will be filed on or before one month after the close of expert discovery (*i.e.*, by September 13, 2005).

G. The joint trial memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed on the later of 60 days following the Court's ruling on summary judgment motions (if any such motions are filed), or two months following the close of expert discovery if no summary judgment motion is filed.

**VI.    Trial Readiness**

This case will be ready for trial 60 days from the filing of the joint trial memorandum.

WHEREFORE, the parties respectfully request that the Court grant this motion to extend by approximately 180 days the dates contained in the Case Management Plan and Trial Readiness Sections of the Rule 26(f) Report as amended by this Court's December 8, 2003 Order.

VINCENT J. BIFOLCK, AS EXECUTOR
OF THE ESTATE OF JEANETTE D.
BIFOLCK AND INDIVIDUALLY,

_____
David S. Golub (ct00145)
Johnthan M. Levine (ct07584)
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
Stamford, CT  06904
(203) 325-4491

PHILIP MORRIS USA INC.,

_____
Thomas J. Griffin, Jr. (*pro hac vice* – ct20751)
John B. Daukas (*pro hac vice* – ct13395)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
(617) 570-1000

James F. Stapleton (ct04267)
DAY, BERRY & HOWARD LLP
One Canterbury Green
Stamford, CT  06901
(203) 977-7300

Dated: August 13, 2004

LIBA/1403833.1

4