UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

VINCENT J. BIFOLCK, AS EXECUTOR OF
THE ESTATE OF JEANETTE D. BIFOLCK,
AND INDIVIDUALLY,

Plaintiff,

- against -

PHILIP MORRIS, INC.,

Defendant.

Civil Action No. 3:02 CV 878 (JCH)

## DEFENDANT PHILIP MORRIS USA INC.'S MOTION TO COMPEL PLAINTIFF TO COMPLY WITH HIS DISCOVERY OBLIGATIONS

### INTRODUCTION

Philip Morris USA Inc. ("Philip Morris") brings this motion to compel plaintiff to produce Mrs. Jeanette Bifolck's psychological and/or psychiatric records. Philip Morris is entitled to these records because they are relevant to probing several of plaintiff's allegations in this case, and particularly plaintiff's claim that Mrs. Bifolck was addicted to cigarette smoking and could not quit, despite wanting to do so. Given that plaintiff's allegations have rendered the records relevant, there are no countervailing considerations that would justify blocking this discovery from Philip Morris. Philip Morris has made numerous attempts to resolve this issue without the need for Court involvement and has substantially narrowed, but not fully resolved, the points of disagreement. In further support of this motion, Philip Morris files herewith a supporting memorandum of law and the Affidavit of Michael K. Murray.

**ORAL ARGUMENT IS REQUESTED.**

LIBA/1431804.1

Respectfully submitted,

PHILIP MORRIS USA INC.,

By its attorneys,

*/s/ John B. Daukas Jr.*
Thomas J. Griffin, Jr. (*pro hac vice* – ct20751)
John B. Daukas (*pro hac vice* – ct13395)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

and */s/ James F. Stapleton*
James F. Stapleton (ct04267)
DAY, BERRY & HOWARD LLP
One Canterbury Green
Stamford, CT 06901
203.977.3700

Dated: November 12, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant Philip Morris USA, Inc.'s Motion to Compel Plaintiff to Comply with His Discovery Obligations was sent *via* by Federal Express to the following counsel on the 12th of November, 2004:

Marilyn Ramos, Esq.
Silver, Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06904

*/s/ James F. Stapleton*
James F. Stapleton