UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT J. BIFOLCK, AS EXECUTOR : | |
| OF THE ESTATE OF JEANETTE D. : | |
| BIFOLCK AND INDIVIDUALLY : | 3:02CV878 (JCH) |
| : | |
| V. : | |
| : | |
| PHILIP MORRIS USA INC. : | DECEMBER 2, 2004 |

### PLAINTIFF'S MOTION TO MODIFY
### CASE MANAGEMENT DEADLINES

Plaintiff Vincent J. Bifolck, through counsel, with the consent of counsel for defendant, respectfully moves for a one-month extension of time within which to disclose his expert witnesses. Plaintiff is in the process of completing identification of expert witnesses and plaintiff's counsel has been unexpectedly engaged for the last three weeks in a civil trial in Stamford that has prevented completion of expert disclosures.

Undersigned counsel has conferred with counsel for the defendant and the parties have agreed to a proposed scheduling order that accommodates the requested one-month extension for the disclosure of plaintiff's experts but does not affect the dates set forth in the existing Case Management Order for the filing of dispositive motions or trial readiness. Accordingly, plaintiff respectfully submits the following proposed pre-trial schedule:

1. Plaintiff will designate his testifying experts and provide opposing counsel with reports from such experts pursuant to Fed. R. Civ. P. 26(a)(2) on or before January 3, 2005. Plaintiff will also provide a damages analysis on or before January 3, 2005.

2. Defendant's depositions of any such experts will be completed on or before

March 4, 2005.

    3.    Defendant will designate its testifying experts and provide opposing counsel with reports from such experts pursuant to Fed. R. Civ. P. 26(a)(2) on or before March 25, 2005. Defendant will also provide a damages analysis, if any, on or before March 25, 2005.

    4.    Plaintiff's depositions of any such experts will be completed on or before May 6, 2005.

    5.    Plaintiff may designate one or more rebuttal witnesses to rebut defendant's expert testimony. Plaintiff shall make such designations of rebuttal experts and shall provide Rule 26(a)(2) expert reports on or before May 6, 2005.

    6    Defendant shall then have until May 23, 3005, to depose such rebuttal experts, and plaintiff shall do its utmost to make such experts available for deposition within the time provided.

    7.    Any motion for summary judgment will be filed on or before one month after the close of expert discovery (i.e. by June 15, 2005 if there are no plaintiff rebuttal experts, or by June 23, 2005 if there are).

    8.    This case will be ready for trial 60 days from the filing of the joint trial memorandum.

    This is the plaintiff's first request for extension directed to the deadline for disclosure of expert witnesses. The parties have previously jointly requested three modifications of the Case Management Order for completion of fact discovery.

    WHEREFORE, plaintiff respectfully requests that the Court grant this motion to Modify the Case Management Deadlines in this matter.

          PLAINTIFF VINCENT J. BIFOLCK, EXECUTOR
          OF THE ESTATE OF JEANNETTE D. BIFOLCK,

BY: _____
    DAVID S. GOLUB  ct 00145
    JONATHAN M. LEVINE ct 07584
    SILVER GOLUB & TEITELL LLP
    P.O. BOX 389
    184 ATLANTIC STREET
    STAMFORD, CT  06904
    (203) 325-4491

CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 2nd day of December, 2004, to:

James F. Stapleton
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Thomas J. Griffin, Jr., Esq.
John B. Daukas, Esq.
Michael Murray, Esq.
Kenneth Y. Lee, Esq.
Goodwin Proctor LLP
Exchange Place
Boston, MA 02109

_____
JONATHAN M. LEVINE