UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT J. BIFOLCK, AS EXECUTOR | : | |
| OF THE ESTATE OF JEANETTE D. | : | |
| BIFOLCK AND INDIVIDUALLY | : | 3:02CV878 (JCH) |
| | : | |
| V. | : | |
| | : | |
| PHILIP MORRIS USA INC. | : | DECEMBER 6, 2004 |

**PLAINTIFF'S MOTION TO EXTEND TIME ON CONSENT**
**TO RESPOND TO DEFENDANT'S MOTION TO COMPEL**

Plaintiff Vincent J. Bifolck, through counsel, with the consent of counsel for defendant, respectfully moves for a one-week extension of time within which to respond to defendant's Motion to Compel the production of certain psychiatric records of plaintiff's decedent, Jeanette D. Bifolck. The parties have only recently located the psychiatrist and plaintiff requires additional time to obtain the records and review them to determine the relevance of the records to this action and the propriety of disclosure.

Counsel for plaintiff has spoken to John B. Daukas, counsel for defendant, who has consented to the granting of this motion. This is plaintiff's first motion for an extension of time directed to the Motion to Compel.

PLAINTIFF VINCENT J. BIFOLCK, EXECUTOR
OF THE ESTATE OF JEANNETTE D. BIFOLCK,

BY:_____
DAVID S. GOLUB  ct 00145
MARILYN J. RAMOS ct 11433
SILVER GOLUB & TEITELL LLP
184 ATLANTIC STREET
STAMFORD, CT  06904
(203) 325-4491

CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 6th day of December, 2004, to:

James F. Stapleton
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Thomas J. Griffin, Jr., Esq.
John B. Daukas, Esq.
Michael Murray, Esq.
Kenneth Y. Lee, Esq.
Goodwin Proctor LLP
Exchange Place
Boston, MA 02109

_____
MARILYN J. RAMOS