UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN 14 P 1:00
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| VINCENT J. BIFOLCK, as Executor Of the Estate of Jeanette D. Bifolck And Individually,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP MORRIS USA INC.<br><br>Defendants. | Civil Action No. 3:02CV878 (JCH)<br><br>January 14, 2005 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Vincent J. Bifolck, as Executor of the Estate of Jeanette D. Bifolck and individually, and defendant Philip Morris USA Inc. hereby stipulate to the dismissal of the above-captioned action, without prejudice and without costs to any party.

LIBA/1443343.1

| | |
|---|---|
| VINCENT J. BIFOLCK, AS EXECUTOR OF THE ESTATE OF JEANETTE D. BIFOLCK AND INDIVIDUALLY, | PHILIP MORRIS USA INC. |
| By his attorney, | By its attorneys, |

David S. Golub ct 00145
Jonathan M. Levine ct 07584
Marilyn J. Ramos ct 11433
SILVER, GOLUB & TEITELL LLP
184 Atlantic Ave
P.O. Box 389
Stanford, CT 063904
(203) 325-4491

Thomas J. Griffin, Jr. (*pro hac vice* — ct 20751)
John B. Daukas (*pro hac vice* — ct 13395)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

and

James F. Stapleton ct 04267
DAY, BERRY & HOWARD LLP
One Canterbury Green
Stamford, CT 06901
(860) 275-0100

Dated: January 14, 2005

LIBA/1443343.1